

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ANNA M BOTHWELL | Case No. 05-50061 ASW |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

The final dividend to Creditor, THE WINDOW BROKER in the above entitled matter was returned marked: RETURN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $8.97 as an unclaimed dividend.

Claim # 11    THE WINDOW BROKER
              2385 LINCOLN AVE
              HAYWARD, CA 94545

Dated: August 17, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

THE WINDOW BROKER
2385 LINCOLN AVE
HAYWARD, CA 94545

Return to
Devin Derham-Burk
Trustee, Chapter 13

Return for
Carrier Endorsement

9434331937500013

RECEIVED
MAR 2 6 2009

Return to Window Broker
Please NO MORE

NIXIE    945    DE 1    00    03/25/09
        RETURN TO SENDER
        NOT DELIVERABLE
        AS ADDRESSED
        UNABLE TO FORWARD

BC: 951500001313        *2656-07252-11-42

UNITED STATES POSTAGE
$ 00.42⁰
PITNEY BOWES
02 1A
0004366326
MAILED FROM ZIPCODE 95030

Case: 05-50061, Doc# 29, Filed: 08/28/09, Entered: 08/28/09 15:28:58 Page 2 of 2